UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 10-10073-NMG

UNITED STATES OF AMERICA

v.

JOHN MAHAN

REPORT AND RECOMMENDATION RE:
MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE (DOCKET ENTRY # 177)

July 7, 2015

BOWLER, U.S.M.J.

Pending before this court is a motion to vacate, set aside or correct a sentence filed by defendant John Mahan ("defendant" or "Mahan") pursuant to 28 U.S.C. § 2255 ("section 2255"). (Docket Entry # 177). The United States of America ("the government") opposes the motion. (Docket Entry # 184).

PROCEDURAL BACKGROUND

The motion asserts one ground for vacating the sentence. (Docket Entry # 177, p. 5). Defendant alleges that his conviction is the product of ineffective assistance of counsel in violation of the Sixth Amendment. Specifically, defendant claims he was deprived from

*[handwritten: Report and Recommendation accepted and adopted. /s/NMGorton, USDJ 8/11/15]*